## McFadden et al., Appellants, *v.* Fritz et al.

Argued January 21, 1969.  Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Melvin E. Caine,* with him *Caine, DiPasqua & Edelson,* for appellants.

*Edward F. Cantlin,* with him *Hinkson & Cantlin,* for appellee.

OPINION PER CURIAM, April 23, 1969:

Judgments affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.